IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 16-403-2 |
| | : | |
| TANAYA MARTIN | : | |

**<u>ORDER</u>**

AND NOW, this 30th day of October, 2025, upon consideration of Defendant Tanaya Martin's letter motions for a sentence reduction based on Amendment 821 to the United States Sentencing Guidelines (ECF Nos. 454, 456) and for compassionate release (ECF No. 469), and the Government's responses to the motions, and for the reasons explained in the accompanying Memorandum, it is ORDERED the motions are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.